101 F.3d 689
 Gregory M. Chaklos, a/k/a Regional Director, Region III
National Association of Federal Injured Workers (NAFIW)
v.
Robert Reich, U.S. Secretary of Labor, U.S. Department of
Labor, Ida Castro, Director of Office of Workers
Compensation Programs 'OWCP', Employment Standards
Administration, HQS U.S. Department of Labor, Shelby
Hallmark, OWCP Deputy Director, Thomas M. Markey, Director
of Federal Employees Compensation (FEC) Division OWCP,
Dennis Mankin, Executive
 NO. 96-3063
 United States Court of Appeals,
Third Circuit.
 Oct 11, 1996
 
 Appeal From: W.D.Pa., No. 95-cv-01763,
 Ambrose, J.
 
 
 1
 AFFIRMED.